RUFUS-ISAACS ACLAND & GRANTHAM LLP
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
   *aisaacs@rufuslaw.com*
232 N. Canon Drive
Beverly Hills, California  90210
Telephone: (310) 274-3803
Facsimile: (310) 860-2430

Attorneys for Petitioners News Group
Newspapers Ltd., and Dan Wootton

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| NEWS GROUP NEWSPAPERS LIMITED, a company incorporated under the laws of England and Wales, and DAN WOOTTON, an individual,<br><br>          Petitioners,<br><br>     v.<br><br>LAURA DIVENERE, an individual, MELISSA SAENZ, an individual, and TYLER HADDEN, an individual,<br><br>          Respondents. | CASE No. 2:20-mc-00027<br><br>**PETITIONERS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR APPLICATION FOR AN ORDER COMPELLING TESTIMONY OF LAURA DIVENERE, MELISSA SAENZ AND TYLER HADDEN IN FOREIGN PROCEEDING UNDER 28 U.S.C. 1782** |

I.     **INTRODUCTION**

By this Application, Petitioners News Group Newspapers Limited and Dan Wootton (jointly, "Petitioners") seek an order compelling respondents Laura Divenere, Melissa Saenz and Tyler Hadden to testify via live video satellite link from a designated location in Los Angeles County to the Queen's Bench Division of the High Court of England and Wales in London (the "High Court"), where the trial of the action captioned *John Christopher Depp II vs. News Group Newspapers Ltd., and Dan Wootton*, Claim No. QB-2018-006323 (the "English Action") will be held.

8544.5.3.8

RUFUS-ISAACS ACLAND & GRANTHAM LLP
232 N. CANON DRIVE
BEVERLY HILLS, CALIFORNIA  90210
Tel (310) 274-3803 • Fax (310) 860-2430

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
232 N. CANON DRIVE
BEVERLY HILLS, CALIFORNIA, 90210
Tel (310) 274-3803 • Fax (310) 860-2430

1  This application seeks substantially the same order as the one that the Court

2  granted on March 11, 2020, in the related case of *News Group Newspapers Limited*

3  *and Dan Wootton v. Melissa Inglessis*, Case No. 2:20-mc-00020-UA-PJW.

4  **II.      THIS APPLICATION COMPLIES WITH 28 U.S.C. §1782**

5  28 U.S.C. §1782[1] ("Section 1782") authorizes this Court to make the order

6  sought by Petitioners if three criteria are met: (1) the application must seek

7  testimony from a person who "resides or is found" in the district in which the

8  application is filed, (2) the testimony sought must be for use in a "proceeding in a

9  foreign or international tribunal," and (3) the application may be made by "any

10 interested person." This Application satisfies each of these criteria.

11 First, Respondents reside or work within the jurisdiction of this Court in Los

12 Angeles County. Laura Divenere is a resident of Los Angeles, California, who

13 works as an interior decorator. [See Exhs. 1 and 2; Declaration of Alexander Rufus-

14 Isaacs ("ARI Decl."), ¶¶2, 3.] And Melissa Saenz and Tyler Hadden are police

15 officers employed by the Los Angeles Police Department at Southwest Community

16

17

18 [1] Section 1782 provides in full: "(a) The district court of the district in which a person resides or is
19 found may order him to give his testimony or statement or to produce a document or other thing
for use in a proceeding in a foreign or international tribunal, including criminal investigations
20 conducted before formal accusation. The order may be pursuant to a letter rogatory issued,
or request made, by a foreign or international tribunal or upon the application of any interested
21 person and may direct that the testimony or statement be given, or the document or other thing be
produced, before a person appointed by the court. By virtue of his appointment, the person
22 appointed has power to administer any necessary oath and take the testimony or statement. The
order may prescribe the practice and procedure, which may be in whole or part the practice and
23 procedure of the foreign country or the international tribunal, for taking the testimony or statement
or producing the document or other thing. To the extent that the order does not prescribe
24 otherwise, the testimony or statement shall be taken, and the document or other thing produced, in
accordance with the Federal Rules of Civil Procedure. A person may not be compelled to give his
25 testimony or statement or to produce a document or other thing in violation of any legally
applicable privilege. (b) This chapter does not preclude a person within the United States from
26 voluntarily giving his testimony or statement, or producing a document or other thing, for use in a
proceeding in a foreign or international tribunal before any person and in any manner acceptable
27 to him."

28

PETITIONERS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR APPLICATION
FOR AN ORDER COMPELLING TESTIMONY OF LAURA DIVENERE, MELISSA SAENZ AND TYLER
HADDEN IN FOREIGN PROCEEDING UNDER 28 U.S.C. 1782

1  Police Station, 1546 West Martin Luther King Jr. Blvd. Los Angeles, C.A. 90062.

2  　　　Second, Petitioners seek their testimony for use in the trial of the English

3  Action, which is a proceeding in a foreign tribunal.

4  　　　Third, as the defendants in the English Action, Petitioners are litigants in a

5  foreign lawsuit, and thereby qualify as "interested persons" under Section 1782.

6  [*Intel Corp. v. Advanced Micro Devices, Inc.,* 542 U.S. 241, 256, 124 S.Ct. 2466,

7  159 L.Ed.2d 355 (2004).]

8  **III.**　**THE ORDER SHOULD PROVIDE FOR RESPONDENTS'**

9  　　**TESTIMONY TO BE SUBJECT TO ENGLISH PRACTICE AND**

10  　　**PROCEDURE.**

11  　　　Because the trial will be conducted in London under English law, Petitioners

12  seek an order that Respondents' testimony shall be subject to English legal practice

13  and procedure, in accordance with the passage in Section 1782(a) which provides

14  that "[t]he order may prescribe the practice and procedure, which may be in whole

15  or part the practice and procedure of the foreign country or the international tribunal,

16  for taking the testimony ..."

17  **IV.**　**PETITIONERS HAVE SHOWN GOOD CAUSE WHY THE ORDER**

18  　　**SHOULD BE GRANTED.**

19  　　　In Sections II - IV of the Application and the supporting Declarations and

20  Exhibits filed concurrently herewith, Petitioners explain the nature of the English

21  Action and why it is crucial that Petitioners have the opportunity to cross-examine

22  Respondents at the trial. They also explain that Respondents are not cooperating

23  with them, and that taking a deposition of Ms. Divenere or Officers Saenz or Officer

24  Hadden is not an option because deposition testimony not directly ordered by the

25  English Court is merely hearsay evidence. There is also insufficient time for

26  Petitioners to arrange to take a deposition of Ms. Divenere or Officers Saenz and

27  Hadden before the start of the trial on March 23, 2020. Therefore this Application is

28

PETITIONERS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR APPLICATION
FOR AN ORDER COMPELLING TESTIMONY OF LAURA DIVENERE, MELISSA SAENZ AND TYLER
HADDEN IN FOREIGN PROCEEDING UNDER 28 U.S.C. 1782

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
232 N. CANON DRIVE
BEVERLY HILLS, CALIFORNIA. 90210
Tel (310) 274-3803 • Fax (310) 860-2430

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
232 N. CANON DRIVE
BEVERLY HILLS, CALIFORNIA, 90210
Tel (310) 274-3803 • Fax (310) 860-2430

the only way by which their testimony at trial can be obtained. A High Court Judge in the English Action has granted permission for Respondents to give live cross-examination evidence during the trial via video link so there is no impediment by the English Court to granting this order. This constitutes good cause for the order to be issued.

This Court should grant this Application not only because Petitioners have complied with the above cited legal requirements and shown good cause for why such an order should be granted, but also because it is in the interest of justice to grant the order. The purpose behind the enactment of Section 1782 was to "liberalize [sic] existing U.S. procedures for assisting foreign and international tribunals and litigants in obtaining oral and documentary evidence in the U.S." [*In re Letter of Request from the Crown Prosecution Service of the United Kingdom*, 870 F.2d at 693 (citations omitted).] This Application falls squarely within enumerated purpose of the statute.

## V.      *BENFIELD GREIG LTD. v. DAVID KIRKPATRICK.*

A similar application to compel testimony by a Los Angeles resident in a High Court proceeding was granted by this Court in *Benfield Greig Ltd. v. David Kirkpatrick*, U.S. District Court (Central District of California) case no. 2:03-mc-00047. In that case, an English insurance company called Benfield Greig Ltd. ("Benfield") was a litigant in another lawsuit filed in the High Court in London. It filed an ex parte application in this Court on May 9, 2003, seeking an order under Section 1782 to compel a key witness named David Kirkpatrick, who lived in Beverly Hills, to testify directly in the trial of that proceeding via live videolink. On May 21, 2003, Hon. Victor B. Benton, U.S. Magistrate Judge, issued an order granting Benfield's application in its entirety. (See Request for Judicial Notice, Exh. 1).

And substantially the same order as the one sought by this Application was

8544.5.3.8

PETITIONERS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR APPLICATION FOR AN ORDER COMPELLING TESTIMONY OF LAURA DIVENERE, MELISSA SAENZ AND TYLER HADDEN IN FOREIGN PROCEEDING UNDER 28 U.S.C. 1782

1 | granted by this Court on March 11, 2020, in the related case of *News Group*
2 | *Newspapers Limited and Dan Wootton v. Melanie Inglessis*, Case No. 2:20-mc-
3 | 00020-UA-PJW. [Docket No. 7.]

4 | VI.   **CONCLUSION.**

5 | For the foregoing reasons, Petitioners respectfully request that the Court issue
6 | an order in good time before March 23, 2020 (which is the first day of the trial in the
7 | English Action), so that the necessary arrangements can be made.

9 | DATED: March 16, 2020          RUFUS-ISAACS ACLAND &
                                   GRANTHAM LLP

12 | By: _____
13 |      Alexander Rufus-Isaacs
14 |      Attorneys for Petitioners News Group
         Newspapers Limited, and Dan Wootton

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
232 N. CANON DRIVE
BEVERLY HILLS, CALIFORNIA, 90210
Tel (310) 274-3803 • Fax (310) 860-2430

8544.5.3.8

PETITIONERS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR APPLICATION
FOR AN ORDER COMPELLING TESTIMONY OF LAURA DIVENERE, MELISSA SAENZ AND TYLER
HADDEN IN FOREIGN PROCEEDING UNDER 28 U.S.C. 1782