# EXHIBIT 10

**Messages**

Edit

New Message

- **Gavin Henriquez** — 4:55 PM
  Awesome I'll text you thanks sissy
- **Lily & Michael** — 4:52 PM
  What are you all thinking?
- **Richard A. Schwartz** — 4:46 PM
  Sure, one minute.
- **AH ASST** — 4:42 PM
  I have a full breakdown ha
- **Mom** — 4:18 PM
  If you're in town
- **Amanda Nguyen** — 3:59 PM
  Ah no like I'm running away on…
- **Amanda Decadenet** — 3:43 PM
  Yes now is good
- **Jodi Gottlieb** — 3:40 PM
  Hey babe, can you please call…
- **Laura Divinier** — 1:24 PM
  Just confirmed 3 with Sara bu…
- **Andres Muschietti** — 1:17 PM
  🫣
- **io** — 12:18 PM
  I'm here
- **694-88** — 12:15 PM
  Your order is out for delivery!

---

**New iMessage** — Cancel

To: Laura Divenere

Sat, Jun 22, 3:27 AM

Dear Laura,

I assume you are fearful of something and you needn't be.

I wanted to talk to you specifically because I heard from Johnny and others that you are a nice person and more importantly, I have you all over the surveillance video immediately after the May 21 faked abuse claims, have witness testimony about you, and possess other written and testimonial evidence of your constant interactions with amber and acting on her behalf after she claimed to be beaten but before she filed for a domestic violence restraining order and Johnny had already left the country. You were with her immediately prior to and immediately after she created this hoax. You also know she left Johnny for Mr. Musk and when that first happened (although as a legal matter we don't care much about that) and that Ms Heard destroyed this man's reputation for her own selfish gains. You were with her on Monday and Tuesday May 23/24 before she went public with the false allegations, not in Africa.
So the question for you to consider is: do you want to speak with me off the record and we can consider together if and how to use any eyewitness account you provide, regarding which I would be very respectful of your wishes and sensitivities, or do you want to remain on the side of the hoax and indirectly facilitate her suppression of the truth that continues to create catastrophic damage to Johnny Depp? If it's the latter we will send you a subpoena to compel your appearance in a sworn deposition. Please call me if it's the former on 2025504507. Adam

Ugh - Just wanted to let you know

iMessage