# EXHIBIT 13

# Amber Heard's 'Friend' Goes on the Record: 'I Never Saw Amber Injured in Any Way' at the Hands of Johnny Depp

*Jul 15, 2019 at 22:06 pm UTC By Mike Walters*

Getty

In the docs, Divenere says she "worked for Johnny Depp and Amber Heard as their interior decorator in downtown LA in the Eastern Columbia Building from July 2014 to sometime in 2016. Thereafter, I worked for Amber and still do to this day."

She explains, "I have been and continue to consider myself a friend of Amber's. I remain in regular contact with Amber. I have not communicated with Mr. Depp since 2016."

Laura Divenere/ Depp-Heard Penthouse

It is an interesting ally in this case for Johnny Depp as she is the first person in the case to identify as a friend of Heard's but give testimony in support of Depp.

Following the domestic violence incident that took place May 21, 2016 between Heard and Depp, Divenere claims, "I was with Amber and interacted with her frequently on the several days immediately following her abuse allegation...including at least on May 23, 24, 25. On those days, I worked with Amber, retrieved packages for her, rode elevators with her, and saw her up close and in person. On none of those days immediately following the abuse claims did I observe any signs of physical abuse or injury, including redness, swelling, cuts, bruising, or damage of any kind. I never saw Amber injured in any way, although I am now aware that she has had many different abuse claims."

The Blast

Divenere also claims in her filing she has never heard such a thing from either side, explaining, "In all of my many interactions with Amber over a period of years, she did not ever mention any allegation of violence or other abuse to me. I do not recall any allegation of violence or other abuse to me in the days following May 21. I knew and interacted with Amber's close friends Rocky Pennington, io Tillett Wright, and her sister Whitney Heard. None of them ever mentioned any accusation of violence or other abuse against Amber by Mr. Depp,"

The Blast

After claiming she never heard or saw anything resembling abuse by Johnny Depp against Heard, Divenere does go on to explain she has heard Amber explode at times.

The declaration goes on, "I witnessed Amber being verbally abusive towards her

former assistant Kate, screaming at her on the phone. Her then-assistant Kate called me several times in tears, very upset, regarding the treatment she received from Amber."

Related to what you're reading:

Amber Heard's attorney, Eric George, tells The Blast, "We have presented clear evidence of multiple instances of violent physical abuse by Johnny Depp against Amber Heard. The fact that her interior decorator didn't witness that abuse proves nothing."

He continues, "Unable to refute that evidence, Johnny Depp's team have instead sought to stir up irrelevant and sensationalist tabloid coverage to distract from the stark facts of their client's horrible abuse of Ms. Heard. It is clear that this vile sideshow is their client's actual objective in this litigation, and will not cease until this bogus defamation case is resolved; as a result, we are hopeful the courts will move forward as quickly as the law allows."

As we first reported, Johnny Depp [has sued ex-wife Amber Heard for defamation](), claiming her allegations against him of domestic violence are a "hoax."

Amber has not only stood by the story, she has also responded in great detail about his abuse, calling him a "monster."

We obtained video of Heard [describing abuse]() at the hands of Depp during a deposition in the couple's divorce.

The lawsuit is [set to go to trial]() in February of next year, but it is still up in the air whether or not the case will move to California from Virginia.

You might be interested in: