# EXHIBIT 15

J. Depp Declaration

Exhibit I

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES


In re the Marriage of

Petitioner:  AMBER LAURA DEPP

         and                  No. BD641052

Respondent:  JOHN CHRISTOPHER DEPP
            II (AKA JOHNNY DEPP)
_____



DEPOSITION OF OFFICER MELISSA SAENZ

July 18, 2016

2:03 p.m. - 2:45 p.m.


2049 Century Park East, Suite 800

Los Angeles, California



Reported by:

PAMELA J. FELTEN

CSR No. 5189

```
 1   APPEARANCES:

 2   For Petitioner:

 3             SPECTOR LAW
             BY:  SAMANTHA F. SPECTOR
 4           Attorney at Law
             1925 Century Park East
 5           Suite 200
             Los Angeles, California 90067
 6           (310) 282-9478
             ss@spectorlawfirm.com
 7


 8

 9   For Respondent:

10             WASSER, COOPERMAN & MANDLES
             BY:  LISA SUTTON
11           Attorney at Law
             2049 Century Park East
12           Suite 800
             Los Angeles, California  90067
13           (310) 277-7117
             Lisa@wcmfamilylaw.com
14
             TAYLOR & BERK PC
15           BY:  BLAIR BERK
                  HANS ALLHOFF
16           Attorneys at Law
             9119 Sunset Boulevard
17           Los Angeles, California  90069
             (310) 278-2111
18           blairberk@me.com

19
             GLASER WEIL FINK JACOBS HOWARD
20           AVCHEN & SHAPIRO, LLP
             BY:  KERRY GARVIS WRIGHT
21           Attorney at Law
             10250 Constellation Boulevard
22           19th Floor
             Los Angeles, California  90067
23           (310) 553-3000
             Kgarviswright@glaserweil.com
24

25
```

                          INDEX TO EXAMINATION

                  WITNESS:  OFFICER MELISSA SAENZ


EXAMINATION                                          PAGE

BY MS. BERK                                          5, 37

BY MS. SPECTOR                                       36




                    INFORMATION REQUESTED

                         (NONE)




                    DOCUMENTS REQUESTED

                         (NONE)




              WITNESS INSTRUCTED NOT TO ANSWER

                         (NONE)

```
 1                        INDEX TO EXHIBITS

 2                    OFFICER MELISSA SAENZ

 3                        DEPP V. DEPP

 4                   Monday, July 18, 2016

 5              Pamela J. Felten, CSR No. 5189

 6

 7   MARKED                    DESCRIPTION              PAGE

 8   Exhibit A        Deposition Subpoena for Personal     8
                      Appearance issued to Officer
 9                    Saenz

10   Exhibit B        Photograph of Amber Heard           19

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  Los Angeles, California

 2              Monday, July 18, 2016, 10:16 a.m.

 3

 4                  OFFICER MELISSA SAENZ,

 5        having been first administered an oath, was

 6              examined and testified as follows:

 7

 8                       EXAMINATION

 9   BY MS. BECK:

10        Q   Good afternoon, Officer.  My name is Blair Berk

11   and I represent Johnny Depp and I'm going to be asking

12   you some questions this afternoon.

13        A   Okay.

14        Q   There is something I need to read that's more

15   formal in terms of instructions.  So bear with me and let

16   me get through it, and if there's anything you don't

17   understand, just let me know.  Okay?

18        A   Perfect.

19        Q   This proceeding in which you're about to give

20   testimony here today is known as a deposition.  Our

21   purpose in taking a deposition is to obtain facts and

22   information within your knowledge related to matters

23   involved in this lawsuit or proceeding.  We do not seek

24   to trick you or to trap you.  We do not wish to cause you

25   discomfort.
```

1          The person transcribing the deposition is the

2     certified shorthand reporter.  At the onset, you'll be

3     placed under oath, which you already have been, and you

4     will then be asked questions which you're expected to

5     answer fully and truthfully under oath.

6          Please do not guess.  We request your best

7     present recollection of the facts about which you will be

8     questioned.  We will presume, therefore, that whatever

9     you testify to today is your best present recollection

10    and not a guess.  Although this deposition is being held

11    in the informality of these lovely law offices, this

12    deposition does have all the solemnity of courtroom

13    testimony.  Since you're under oath, your testimony here

14    today will have the same force and effect and be subject

15    to the same penalties as if you were testifying in a

16    courtroom before a judge.  And among such penalties to

17    which you're subject is the penalty of perjury.  Perjury

18    is defined as willfully and contrary to an oath

19    administered stating as true a material fact which one

20    knows to be false.  Perjury is a crime.  The penalties

21    for perjury are set forth in the Penal Code.

22         Everything said during your deposition will be

23    taken down and transcribed by the court reporter.  Every

24    question we ask, every answer or comment you give,

25    everything said by you all will be duly transcribed.  It

```
 1   therefore is vital that if at any time you do not hear or
 2   do not understand any question, you just tell us.  And we
 3   will have the opportunity to immediately repeat or
 4   rephrase any question to you.  Obviously, if you do not
 5   promptly tell us otherwise, we'll have no choice but to
 6   presume that you did clearly hear and understand each
 7   question and that your answer to each question is based
 8   upon your complete and full understanding.  Please
 9   remember that the court reporter is only able to
10   transcribe audible responses, so please don't nod or
11   shake your head or say merely uh-uh or uh-huh.
12        A    Okay.
13        Q    Please also remember that the court reporter
14   can record the words of only one person speaking at a
15   time.  So allow for my questions to be completed before
16   you begin to respond.  If you are inadvertently
17   interrupted by me or anyone else before you finish your
18   answer, please tell me immediately.  Otherwise we'll
19   assume that you've completed the answer.
20             At the conclusion of this session, the reporter
21   will transcribe what's been said into a booklet form.
22   You'll have an opportunity to read it and make any
23   changes in the form or substance of any of the answers to
24   any question that you feel is necessary.
25             At the time of trial, if there is a trial,
```

```
 1    you'll be questioned before the judge as to why you made

 2    such changes and we'll contend at the time of trial that

 3    your memory and recollection here today are as good or

 4    better than at any time later.

 5            Can you think of any reason, Officer Saenz, why

 6    you'd be unable to provide me with accurate and

 7    comprehensive answers today?

 8        A   I cannot.

 9        Q   Okay.  Officer Saenz, have you ingested any

10    alcohol at any time in the last 12 hours?

11        A   No, I have not.

12        Q   Okay.  Do you believe -- have you taken any

13    medication in the last 12 hours?

14        A   No, I have not.

15        Q   Okay.  Do you feel that you are of sufficient

16    mind to answer my questions today?

17        A   Yes, I do.

18        Q   Okay.

19            MS. SPECTOR:  Very good.

20            MS. BERK:  Very good.  I'm going to show you a

21    copy of your deposition subpoena marked as --

22            THE REPORTER:  Mark it A.

23            MS. BERK:  -- Exhibit A.

24            (Exhibit A marked)

25    BY MS. BERK:
```

```
 1       Q    Do you recognize that?

 2       A    Yes, I do.

 3       Q    And do you remember when you first saw that

 4  document?

 5       A    Not the exact date.  Approximately two to three

 6  weeks ago.

 7       Q    And is this the document that brought you here

 8  today?

 9       A    Correct.

10       Q    Okay.  And I assume there's a separate -- you

11  didn't ever see the Subpoena Duces Tecum for documents,

12  correct?  That goes to a different division?

13       A    Correct.  I just get this, I initial it, and

14  then they take it back.

15       Q    No worries.  Very good.

16            If you'll just hand that to the court reporter.

17            Okay.  Officer Saenz, let's start with where

18  you're employed.  Could you tell us where you're

19  employed?

20       A    Sure.  I am a police officer for the City of

21  Los Angeles.  I am a training officer at Central

22  Division.

23       Q    How long have you been so employed?

24       A    Seven years.

25       Q    Okay.  You look very young.
```

```
 1        A    Thank you.

 2        Q    In your seven years, how -- for how many of

 3   those seven years, have you been a supervisor or a

 4   train- -- someone who is training officers?

 5        A    It's been eight months.

 6        Q    Okay.  And in your capacity as a training

 7   officer, were you working in that capacity on May 21 of

 8   2016?

 9        A    Yes, I was.

10        Q    Okay.  And before we get there, could you tell

11   us a little bit about your own training?  Tell us about

12   your training to be a police officer.

13        A    Well, we -- to become a police officer, we go

14   through a six-month academy where we get trained on

15   various law enforcement subjects.  And after our six

16   months, we graduate, we go to a probationary period for a

17   year, and after that we go to -- we get chosen to go to

18   whatever division they need us at within the city.

19        Q    And in your training, Officer Saenz, in the

20   academy, are you -- did you receive training in the

21   detection of -- investigation and detection of crimes of

22   suspected domestic violence?

23        A    Yes, we did.

24        Q    Okay.  And in your field training, did you

25   receive field training in the investigation and detection
```

```
 1    of crimes of domestic violence?

 2         A   Yes, we did.

 3         Q   Okay.  And in your capacity as an officer,

 4    would it be fair to say that you've responded to dozens

 5    and dozens of calls related to the investigation and

 6    detection of domestic violence?

 7         A   Yes.

 8         Q   Do you have any idea of how many calls related

 9    in your seven or eight years of work as a Los Angeles

10    police officer?

11              MS. SPECTOR:  Misstates testimony.

12              THE WITNESS:  I honestly wouldn't be able to

13    put a number.  Many.

14    BY MS. BERK:

15         Q   Okay.

16         A   Many, many.

17         Q   Over a hundred?

18         A   Yes.

19         Q   Okay.

20         A   Over a hundred, yes.

21         Q   Okay.  Officer Saenz, I'd like to draw your

22    attention to May 21, 2016 and a call that I understand

23    from dispatch you responded to at 8:49 South Broadway.

24    Do you recall that evening?

25              A   Yes, I do.
```

July 18, 2016

```
 1        Q    Okay.  And you were on duty that night with
 2   Officer Hadden as your -- as your trainee partner?
 3        A    Yes, I was.
 4        Q    Do you recall the dispatch call itself?
 5        A    Yes, I do.
 6        Q    Okay.  What do you recall the dispatch call
 7   stating or relating to you prior to arrival at 849 South
 8   Broadway?
 9             MS. SPECTOR:  Compound.
10             THE WITNESS:  I believe it was a third person
11   caller that gave an address and just stated it was a
12   possible domestic incident at a penthouse and no room
13   number, just a penthouse.
14   BY MS. BERK:
15        Q    Okay.  And were you given any other specific
16   details about what was being claimed?
17        A    No, I did not.
18        Q    Upon arriving at the location, 849 South
19   Broadway, could you tell me what you first did?
20        A    Yes.  I responded with my partner up to the
21   penthouse to try to make contact with the possible victim
22   or suspect.
23        Q    Okay.  Before you got up to the penthouse, did
24   you have any interaction with anyone downstairs in the
25   first level of the building?
```

```
 1        A    I believe we asked the receptionist if we can

 2   get up to the penthouse and I believe she scanned us up.

 3   But other than that, we did not.

 4        Q    Okay.  So prior to getting in the elevator, you

 5   did not have any contact with any man or woman in the

 6   lobby other than whoever assisted you in getting into the

 7   elevator?

 8        A    Correct.

 9        Q    Okay.  And did you travel in the elevator with

10   Officer Hadden?

11        A    Yes, I did.

12        Q    Okay.  And was there anybody else in the

13   elevator?

14        A    No, there was not.

15        Q    Okay.  Can you tell us, Officer Saenz, what

16   happened when you arrived at the penthouse level in the

17   elevator and left the elevator?

18        A    Yes.  We exited the elevator and we attempted

19   to door-knock the penthouse, and we did not receive an

20   answer.  So we tried to listen for possible signs of

21   domestic violence.  Glass breaking, fighting, shouting.

22   We heard nothing.  So we responded to the outdoor

23   courtyard and we tried to make contact, tried to see if

24   there was anyone outside.  There was a woman in the gym,

25   but it was obvious she was not related to the incident.
```

 1   So we re-responded back into the hallway and we were met

 2   by a gentleman.  A male white.

 3        Q   And the male white, could you describe his

 4   physical appearance other than male white?

 5        A   You know what, I don't recall details of him.

 6   Just generic male white.  He didn't look like he was

 7   under distress or anything.

 8        Q   Okay.  Did he give you his name?  Do you

 9   recall?

10        A   No, he did not give me his name.

11        Q   Okay.  And what did he tell you, if anything?

12        A   He actually approached us as we were walking

13   back into the hallway and he asked if we were here for a

14   call.  And we advised him that we were here for a

15   possible domestic violence incident.  And he just stated,

16   "She's in -- she's in my apartment."

17             And I said, "Okay.  Who is 'she'?"

18             He said, "The one that lives here."

19             So I asked him if he could explain to us what

20   happened, and he didn't give us any details.  He said,

21   "Everything is okay.  It's fine.  And she's in my

22   apartment with my girlfriend."

23             And I said, "Okay, I need to speak to her,

24   whoever she is."

25             And he said, "Okay.  Just wait here and I'll go

```
 1    inside and grab her."

 2            So me and my partner waited outside --

 3      Q    Okay.  Let me --let me just stop and just --

 4      A    Okay.

 5      Q    -- slow you down a little bit.

 6      A    Okay.

 7      Q    Okay?  Did you ask him to describe what had

 8    happened, if anything?

 9      A    Yes.

10      Q    Okay.  And what did he tell you, if anything?

11      A    He gave us no details.

12      Q    Okay.

13      A    He just stated, "Everything is fine."

14      Q    Okay.  When you say he said, "Everything is

15    fine," was that -- was he indicating that your services

16    were not needed or that everything was just fine and he

17    was going to arrange for you to talk to Ms. Heard?

18      A    You know what, my perception was he just wanted

19    us to go, that he got it -- had it under control.

20      Q    I see.

21      A    But I let him know that we had to speak to

22    whoever the female was.

23      Q    Okay.  And did he say anything about what the

24    incident -- what the nature of the incident was?

25      A    No, he did not.
```

1          Q    Okay.  You began to describe making contact

2    with the female.

3          A    Correct.  He -- the gentleman re-responded to

4    his apartment, which is across the hall from Ms. Heard's

5    apartment.

6               MS. BERK:  Excuse me.  Can we go off record for

7    a second.

8               (Discussion off the record.)

9    BY MS. BERK:

10         Q    Starting again, Officer Saenz.

11              The gentleman you describe, had he described to

12   you this was his apartment?

13         A    Yes.  As I recall, he said, "She's in my

14   apartment."

15         Q    Okay.  And you had -- prior to entering the

16   apartment, you had had the opportunity to walk the

17   hallway with your fellow officer; is that correct?

18         A    Correct.

19         Q    Okay.  While walking the hallway, did you walk

20   the full length of the hallway to see if you heard any

21   sounds or any activity?

22         A    Yes, I did.

23         Q    Was the hallway -- did it have lights?  Was it

24   a lighted hallway?

25         A    Yes, it was well-lit.

```
 1          Q    Okay.  At any time when you first inspected

 2    that area to listen for sounds or to observe the

 3    surroundings, did you see any indication of vandalism or

 4    property damage?

 5          A    No, I did not.

 6          Q    Did you see any broken glass or broken bottles

 7    anywhere in the hallway?

 8          A    No, I did not.

 9          Q    Did you see any splashed wine on the floor or

10    the walls?

11          A    No, I did not.

12          Q    Okay.  When you made entry to the apartment

13    described as the gentleman's apartment that you had

14    encountered earlier, did he open the door and let you in?

15          A    No, we never made entry into that apartment.

16          Q    Okay.  You never went inside the apartment at

17    all?

18          A    Correct.

19          Q    Okay.  What happened when you got to the

20    apartment described as that of the gentleman?

21          A    He asked us to wait.  He opened his door.  He

22    shut it, and I could hear talking.  I heard voices.

23          Q    Did you hear what was said?

24          A    No, I didn't.  I heard a female.  It was --

25    sounded like female voices.  So I assumed it was his --
```

1   what he said was his girlfriend and Ms. Heard.

2        Q    Okay.

3        A    After I heard the voices, I knocked again.  I

4   said, "Sir, I need you to open the door."  And that's

5   when Ms. Heard came out with his girlfriend and he

6   re-responded to the hallway, too, as well.

7        Q    Okay.  When you say you knocked again, how long

8   were you left waiting when he first shut the door and

9   when you knocked again?

10       A    It was probably about 30 to 40 seconds.

11       Q    Okay.  And then you knocked again?

12       A    Correct.

13       Q    And did he immediately answer or did you have

14  to wait again?

15       A    Immediately one of the females opened the door

16  and came out --

17       Q    Okay.

18       A    -- into the hallway.  I can't recall which

19  female it was.

20       Q    Okay.  And eventually did you make contact with

21  somebody you came to know as Amber Heard?

22       A    Yes, I did.

23       Q    Okay.  Let's talk about that.

24       A    Okay.

25            MS. BERK:  Showing you what will be marked as

July 18, 2016                                                    19

```
 1   Exhibit B.

 2            (Exhibit B marked)

 3   BY MS. BERK:

 4       Q    Do you recognize this person?

 5       A    Yes, I do.

 6       Q    And is that the person you came to know at some

 7   point was Amber Heard?

 8       A    Yes.

 9       Q    Okay.  Tell me, Officer Saenz, when Ms. Heard

10   first came out of the apartment, did you speak with her?

11       A    Yes, I did.

12            And just for the record, the last question was

13   did I know it was Amber Heard.  I didn't -- the entire

14   call she would not give me her name and I did not

15   recognize her.  I didn't know who she was.  And I found

16   out probably two weeks later.

17       Q    Okay.

18       A    So . . .

19       Q    And I meant to see, if I didn't, who you later

20   came to learn was Amber Heard --

21       A    Yes, I later learned.

22       Q    -- because that was my understanding as well.

23            When you first made contact with Ms. Heard, can

24   you tell me, were you speaking to her directly or was

25   your partner?
```

 1          A    I was.

 2          Q    Can you tell me what you said to her?

 3          A    Well, she was crying.  And I asked her, "Are

 4   you okay?"

 5               And she said, "Yes."

 6               And from her body language it was very clear

 7   that she did not want to speak to us.  She looked upset.

 8   So I asked her, "Do you want to go into your apartment so

 9   we can talk in private?"  And usually as a female

10   officer, the females will open up with us in private.

11   And she said, "Yes.  Can my friend come?"

12               I said, "Yes."

13               So Ms. Heard, her friend and I went into her

14   apartment.

15          Q    Okay.  Now, before you go into the apartment,

16   Officer Saenz, did you have the opportunity to be close

17   to Ms. Heard and look at her physically?

18          A    Yes, I did.

19          Q    Okay.  And you had the opportunity to observe

20   her face and her body --

21          A    Correct.

22          Q    -- to the extent you could see anything?

23               Do you recall what she had on?

24          A    I do not recall what she had on.  I don't

25   recall if I seen her arms.  I just know I seen her -- her

```
 1   face --

 2        Q    Okay.

 3        A    -- and she had no injuries.

 4        Q    Okay.  Let's talk about that a second.

 5             You -- as part of your training in the

 6   investigation of a potential domestic violence incident,

 7   I'm assuming you deal with plenty of folks who indicate

 8   that nothing happened when something happened, correct?

 9        A    Correct.

10        Q    And, likewise, you deal with folks who indicate

11   that something happened when possibly nothing happened,

12   correct?

13        A    Correct.

14        Q    Okay.  In this incident, I am assuming whatever

15   Ms. Heard was telling you, you were still independently

16   investigating any indicia, any signs that a crime had

17   been committed, correct?

18        A    Correct.

19        Q    Okay.  And part of the reason that you look at

20   the person and look to see their physical condition iis

21   to determine whether there had been a potential assault,

22   correct?

23        A    Correct.

24        Q    When you first encountered Ms. Heard, you

25   testified earlier that she was crying, correct?
```

 1        A    Correct.

 2        Q    And -- but that you looked at her face,

 3   correct?

 4        A    Correct.

 5        Q    And could you describe -- did you see any marks

 6   of any kind on her face at all?

 7        A    No, I did not.

 8        Q    Did you see any signs of swelling or injury to

 9   her face at all?

10        A    No, I did not.

11        Q    Okay.  Did you see any bruises or marks under

12   either eye?

13        A    No, I did not.

14        Q    Did you see any bruises or marks of any kind on

15   her cheeks?

16        A    No, I did not.

17        Q    Okay.  At the point that you discussed with her

18   speaking, you began to testify earlier that you went to

19   another location?

20        A    We went just across the hall --

21        Q    Okay.

22        A    -- to where her apartment was.

23        Q    Okay.  And is that where she said the incident

24   had occurred?

25        A    She never stated that the incident occurred.

```
 1    She didn't give me any details.

 2         Q   Okay.  So she just -- you -- who suggested they

 3    go to her apartment?

 4         A   I asked her if she would like to go next door.

 5    I asked if she lived there.  She said yes -- she nodded

 6    her head.  I said, "Okay.  Would you like to talk in

 7    there?"  And she said, "Yes."

 8         Q   Okay.  When you got to the door, did she open

 9    the door?

10         A   Yes, she did.

11         Q   Okay.  And you went inside the penthouse?

12         A   Yes, I did.

13         Q   Okay.  And did your partner go inside the

14    penthouse?

15         A   He did after a couple minutes.

16         Q   Okay.  Okay.  And who else went inside, if

17    anyone, besides you and Amber Heard?

18         A   Her unknown female friend that was next door

19    with her.

20         Q   Okay.  And when you got inside the apartment,

21    did you have an opportunity to see the -- the inside of

22    the penthouse?

23         A   Yes, I did.

24         Q   Okay.  Can you describe for me was there a sofa

25    located in the penthouse?
```

```
 1        A    Yes, there was.

 2        Q    Okay.  Is that where you spoke with Ms. Heard

 3   or somewhere else?

 4        A    Yes.  She was standing in front of a sofa in

 5   the entryway.

 6        Q    Okay.  And as you were inside the penthouse,

 7   did you see any broken glass of any kind?

 8        A    No, I did not.

 9        Q    Did you see any broken picture frames of any

10   kind?

11        A    No, I did not.

12        Q    Did you see any wine bottles on the floor or

13   broken in any manner?

14        A    No, I did not.

15        Q    Did you see any spilled wine of any kind or

16   spilled liquids of any kind?

17        A    No, I did not.

18        Q    Okay.  And you had an opportunity to observe

19   the various parts of that penthouse?

20        A    Yes.  I advised her -- when she refused to

21   speak to me, I advised her if -- that I would need to

22   check the location to make sure that there was nobody

23   hurt and there was no suspects.  And she agreed and

24   her -- her male friend pointed us to where we could

25   check, and check inside the house.
```

```
 1        Q   Okay.  Now, while you're still in the living

 2   room of the penthouse, am I correct that there is also a

 3   kitchen in that area?

 4        A   Yes.  It's one large space.

 5        Q   Okay.  And did you have an opportunity to

 6   equally inspect that area?

 7        A   Yes, I did.

 8        Q   And was there any shattered glass anywhere?

 9        A   No, there was not.

10        Q   Were there any broken bottles of any kind?

11        A   No, there was not.

12        Q   Were there any broken picture frames of any

13   kind?

14        A   No, there was not.

15        Q   Was there any spilled wine of any kind?

16        A   No, there was not.

17        Q   Or other liquids that were on the floor --

18        A   Not that --

19        Q   -- that you could detect?

20        A   Not that I seen.

21        Q   Okay.  Did you sit with Ms. Heard at any point

22   on the sofa to speak with her?

23        A   No, I did not.

24        Q   Okay.  Did she sit on any -- at any time on the

25   sofa while she was speaking with you?
```

 1        A    I believe after we checked the location, she

 2    sat down on the sofa with her friend.

 3        Q    Okay.  So we'll get back to that.  Before you

 4    did a -- a sweep or a check of the rest of -- of the

 5    penthouse, did you have any opportunity to speak with

 6    Ms. Heard when you were in the apartment?

 7        A    Yes, I did.

 8        Q    Okay.  Could you tell us about that

 9    conversation?

10        A    Sure.  I asked her, "What happened?"  Opening

11    question.

12             She said, "Nothing," and she continued to cry.

13             I said, "Who do you live here with?"

14             She shook her head as if she did not want to

15    answer.

16             I asked her, "Are you hurt?  Do you need an

17    ambulance?"

18             And she shook her head again no.

19             At that point, I asked her if she mind -- if

20    she would mind if I checked her apartment.  And that's

21    when she said no.

22        Q    At any time during that conversation, did she

23    say that she had been struck with any object or hit by

24    any person?

25             MS. SPECTOR:  Compound.

```
 1              THE WITNESS:  No, she did not.

 2   BY MS. BERK:

 3        Q    Okay.  And did she say that she had been

 4   assaulted in any way by any other human being?

 5        A    No, she did not.

 6        Q    Was there any reference to a verbal dispute at

 7   any time that she had had?

 8        A    I believe I asked her if she had a verbal

 9   dispute.  Often when victims deny any sort of physical

10   altercation, I ask if it was verbal.  Again, I got the

11   same response.  She just shook her head.  She did not

12   want to talk to me.

13        Q    Okay.  Did you ever ask her who her husband

14   was?

15        A    I believe so.  I got no answer.  She refused --

16        Q    Okay.

17        A    -- to give me any answer.

18        Q    Okay.  Was she otherwise cooperative or would

19   you describe her demeanor as uncooperative?

20              MS. SPECTOR:  Vague as to "cooperative,

21   uncooperative."

22   BY MS. BERK:

23        Q    During your encounter with her.

24              MS. SPECTOR:  Same objection.

25              THE WITNESS:  I don't want to call her
```

```
 1     uncooperative, but she was not forthcoming, she refused

 2     to speak to me, she didn't answer any of my questions.  I

 3     guess -- yeah, I guess you could call her uncooperative.

 4     BY MS. BERK:

 5          Q   Okay.  Fair enough.  Fair enough.

 6              Was there anything else she told you prior to

 7     under- -- you undertaking a sweep of the apartment?

 8          A   No.

 9          Q   Okay.  And did you ask her prior to undertaking

10     a sweep of the apartment specifically if anyone had

11     assaulted her?

12          A   Can you repeat that question?

13          Q   Had you asked her prior to taking a sweep of

14     the apartment had anyone assaulted her?

15          A   Yes, I did ask her.

16          Q   And what did she say?

17          A   Again, I got no answer.  Just . . .

18          Q   Okay.  And you then at the some point undertook

19     a sweep?

20          A   Yes.

21          Q   Okay.  And you inspected the upstairs and

22     downstairs of this penthouse?

23          A   Yes, I did.

24          Q   Okay.  And you went in all of the rooms?

25          A   Yes, I did.
```

```
 1        Q    Did you see at any time any signs of a struggle

 2   or vandalism in the -- in the penthouse apartment?

 3             MS. SPECTOR:  Compound.

 4             THE WITNESS:  No, I did not.

 5   BY MS. BERK:

 6        Q    Okay.  Did you see at any time in your

 7   inspection of the premises broken glass?

 8        A    No, I did not.

 9        Q    At any time in your inspection of the premises

10   did you see any spilled wine of any kind?

11        A    No, I did not.

12        Q    At any time during your inspection of the

13   premises, did you see any broken bottles?

14        A    No, I did not.

15        Q    At any time during your inspection of the

16   premises, did you see any broken pictures or glass

17   picture frames or wooden picture frames?

18        A    No, I did not.

19        Q    Did you also undertake an inspection of other

20   penthouses connected to this residence?

21        A    Yes, I did.

22        Q    Okay.  Tell me about that.  How did that occur?

23        A    After we completed the sweep of the first

24   penthouse that we were all standing in, the male advised

25   me that the next door penthouse also belonged to
```

```
 1    Ms. Heard, and he walked us over, unlocked the door, and

 2    my partner and I did a sweep of that --

 3         Q    Okay.

 4         A    -- penthouse as well.

 5         Q    Okay.  And could you describe what you saw in

 6    that penthouse?

 7         A    Yes.  It was many racks with a lot of white

 8    clothing and I remember asking the male, "Oh, do they

 9    sell clothing?  Are they" -- he's like, "Oh, yeah, they

10    design clothing and jewelry."

11              And I said, "Oh, okay.  Just making

12    conversation.  I said, "Okay."  And I remember continuing

13    upstairs and we checked the whole loft and everything

14    seemed ordinary.

15         Q    Okay.  In your entry to the place where they

16    had described making jewelry and clothing, did you see

17    any other people as you and Officer Hadden went in?

18         A    No, we did not.

19         Q    Was the gentleman with you at that time?

20         A    Yes, he was.

21         Q    Okay.  When you walked into that area, did you

22    see at any time any signs of a struggle --

23         A    No, I did not.

24         Q    -- having occurred?

25              Did you see any signs of vandalism to any of
```

```
 1    the property in that location?

 2         A    No, I did not.

 3         Q    Did you see any -- did you see any broken glass

 4    of any kind?

 5         A    No, I did not.

 6         Q    Did you see any wine bottles on the floor,

 7    broken or unbroken?

 8         A    No, I did not.

 9         Q    Did you see any wine spilled on the floor of

10    any kind?

11         A    No, I did not.

12         Q    Okay.  And you and Officer Hadden cleared that

13    location, as well?

14         A    Yes, we did.

15         Q    Okay.  After you cleared that location, Officer

16    Saenz, what did you do next?

17         A    We -- my partner and I re-responded to the

18    original penthouse where Ms. Heard was standing by.

19         Q    Okay.  When you arrived back at the original

20    penthouse, did you encounter Ms. Heard again?

21         A    Yes, I did.

22         Q    Okay.  Is it true to say that you had an

23    opportunity to observe her face a second time when you --

24    when you encountered her?

25         A    Yes, I did.
```

1        Q    Okay.  At this point, were there any signs on

2    her face that you could see that she had any injury to

3    her face?

4        A    There were no signs of injury.

5        Q    Did you see any red marks of any kind under

6    either eye on her face?

7        A    No, I did not.

8        Q    Did you see any bruising on her face?

9        A    I did not.

10       Q    Did you see any swelling of any kind on her

11   face?

12       A    I did not.

13       Q    And did you talk to her a second time?

14       A    Yes, I did.

15       Q    Okay.  Could you describe for us that

16   conversation?

17       A    Yes.  So I advised her that we had checked both

18   of the lofts or the penthouses and, again, I asked her,

19   "Are you sure you don't want to speak to me?  I'll have

20   everyone exit the room."

21            She was still -- she was still crying and she

22   said, "No, I don't -- I don't want anything."

23            I said, "Okay, ma'am, I'm going to write you a

24   business card in case you change your mind.  If you

25   change your mind at any time, you can call us back and

 1    we'll respond."

 2              And I had my partner write out a business card

 3    and I issued her one and I issued her neighbors one, as

 4    well.  And that was it.  I asked them if they had any

 5    questions.  No one had any questions.  The gentleman

 6    walked me and my partner to the elevator and we left the

 7    location.

 8         Q    Okay.  Before we get to you leaving the

 9    apartment, is it true that in your response to a dispatch

10    of suspected domestic dispute that you are looking for

11    any probable cause to believe a crime had been committed?

12         A    Correct.

13         Q    Okay.  And in doing so, you are looking for

14    evidence that a crime has been committed?  Physical

15    evidence?

16         A    Correct.

17         Q    And that includes injuries to the person who

18    you are encountering, correct --

19         A    Correct.

20         Q    -- who was involved in whatever the alleged

21    dispute was?  And any signs of property damage or

22    vandalism correct?

23         A    Correct.

24         Q    Okay.  At the point that you gave your card to

25    Ms. Heard, did you have any probable cause to believe any

```
 1    crime whatsoever had been committed?

 2         A    No, I did not.

 3         Q    Okay.  At any time did you tell Amber Heard

 4    that you believed a crime had been committed and you were

 5    willing to go out and arrest her husband?

 6         A    No, I did not.

 7         Q    Did you at any time say any words to that

 8    effect to her?

 9         A    Excuse me.  No, I did not.

10         Q    Okay.  Did you say any words to that effect to

11    anyone else you encountered at the penthouse?

12         A    No, I did not.

13         Q    And I am assuming, whether Ms. Heard cooperated

14    or not, if you had seen physical injuries to Ms. Heard,

15    that would be in and of itself enough to proceed with a

16    further investigation of a crime, correct?

17         A    Correct.

18         Q    And you did not proceed with further

19    investigation of a crime at that point, correct?

20         A    Correct.

21         Q    Okay.  When you exited the apartment, did

22    someone show you down from the apartment?

23         A    The gentleman involved walked us to the

24    elevator and we parted ways from there.

25         Q    Okay.  And did you talk to anybody else before
```

```
 1   you left the building?

 2        A   No, I did not.

 3            MS. SPECTOR:  I have a few questions.

 4            MS. BERK:  Wait.

 5            (Discussion off the record.)

 6   BY MS. BERK:

 7        Q   I think we may have covered this, Officer

 8   Saenz, but just to be clear.  At no point from the moment

 9   you received the dispatch to when you described you

10   conducted your investigation, cleared the building, and

11   left Ms. Heard at the apartment and exited the building,

12   am I correct at no time during that period were you aware

13   of either Amber Heard or that the matter involved Johnny

14   Depp?  Is that correct?

15        A   Correct.

16        Q   Okay.  And did I hear you say earlier that you

17   did not know this matter involved Johnny Depp until a

18   couple of weeks later?

19        A   Correct.

20            MS. BERK:  Okay.  No further questions at this

21   time.

22            Go ahead.

23            MS. SPECTOR:  Could I ask you a few questions?

24            THE WITNESS:  Sure.

25
```

```
 1                     EXAMINATION

 2   BY MS. SPECTOR:

 3        Q   You've been discussing this white male -- white

 4   gentleman that you were dealing with when you were at the

 5   building that evening on May 29th -- May 21st.  Do you

 6   recall approximately how tall he was?

 7        A   I don't.  I do not recall.

 8        Q   Do you recall if he was wearing any glasses?

 9        A   I do not.

10        Q   Do you recall if he had any facial hair?

11        A   I do not recall.

12        Q   A goatee?

13        A   I don't recall.

14        Q   Earlier you testified that you spoke to

15   Ms. Heard; is that correct?

16        A   Correct.

17        Q   Do you recall anything in particular about her

18   hair?

19        A   I do not.

20            MS. SPECTOR:  Thank you.  No further questions.

21            MS. BERK:  Okay.

22            MS. SPECTOR:  Thank you.

23            MS. BERK:  Officer, I hope this wasn't too

24   painful.

25            Can we go off the record?
```

```
 1              (Discussion off the record.)

 2              MS. BERK:  I offer the following stipulation:

 3    That the court reporter be relieved of responsibility

 4    with respect to the original transcript and that the

 5    original be transcribed and signed by the deponent under

 6    penalty of perjury; the original will be sent -- you know

 7    what, we did forget something.  May we go off record for

 8    just a second?

 9              (Discussion off the record.)

10

11                   FURTHER EXAMINATION

12    BY MS. BERK:

13         Q   Officer Saenz, I did neglect to ask you one

14    question.

15              You indicated before that you all -- you and

16    Officer Hadden had given Ms. Heard a card, a business

17    card.  And that card had a telephone number on it?

18         A   Yes, it did.

19         Q   Did you become aware at any time -- did you

20    become aware at any time that any other patrol responded

21    to the same location?

22         A   About two weeks later when I became aware that

23    who was involved.

24         Q   Okay.  And how did you -- what did you come to

25    learn about a second patrol responding?
```

```
 1        A    I had a supervisor advise me that a second

 2   patrol unit got dispatched there, as well, and their

 3   findings were the same as ours.

 4        Q    Okay.

 5        A    And that is it.

 6        Q    Okay.  And did you have any indication who

 7   those officers were that responded?

 8        A    No, I did not.  He just said another unit and I

 9   had no idea who responded.

10        Q    Okay.  And are you aware of any call made by

11   Ms. Heard to the police following your contact with her?

12        A    No, I'm not aware.

13             MS. BERK:  Okay.  That's it.  Okay.  If we can

14   go off record again.

15             MS. SPECTOR:  No.

16             MS. BERK:  I'm sorry?

17             THE REPORTER:  You didn't finish the --

18             MS. SPECTOR:  You never --

19             MS. BERK:  The original will be sent to counsel

20   for the deponent and read, corrected and signed within 30

21   days of receipt; if not notified of changes in writing

22   within the time frame, the original shall be deemed

23   signed and correct; the notice of corrections you can fax

24   to me if you choose; the original transcript shall be

25   maintained by the deponent and shall be made available at
```

July 18, 2016

1  the time of hearing without notice; if not available,

2  then a certified copy of same corrected -- or if the

3  original shall be otherwise lost, mutilated, altered or

4  destroyed, a certified copy of same as corrected may be

5  used in place and instead of the original and used for

6  all purposes for which the original could have been used.

7          This basically means we're going to send you a

8  copy of the transcript and if there's any corrections

9  you'd like to make, just let us know and we'll make sure

10  they're corrected.

11          THE WITNESS:  Okay.

12          MS. BERK:  This session is adjourned and

13  suspended.

14          MS. SPECTOR:  So stipulated.

15          (Deposition concluded at 2:45 p.m.)

16

17

18

19

20

21

22

23

24

25

```
 1              DECLARATION UNDER PENALTY OF PERJURY

 2

 3              I, OFFICER MELISSA SAENZ, do hereby certify

 4   under penalty of perjury that I have read the foregoing

 5   transcript of my deposition taken on July 18, 2016; that

 6   I have made such corrections as appear noted on the

 7   Deposition Errata Page, attached hereto, signed by me;

 8   that my testimony as contained herein, as corrected, is

 9   true and correct.

10

11              Dated this _____ day of _____,

12   2016, at _____, _____.

13                        (City)              (State)

14

15

16

17
                         _____
18                         OFFICER MELISSA SAENZ

19

20

21

22

23

24

25
```

                         DEPOSITION ERRATA PAGE


Page No. _____   Line No. _____

Change:_____

Reason for change: _____

Page No. _____   Line No. _____

Change:_____

Reason for change: _____

Page No. _____   Line No. _____

Change:_____

Reason for change: _____

Page No. _____   Line No. _____

Change:_____

Reason for change: _____

Page No. _____   Line No. _____

Change:_____

Reason for change: _____

Page No. _____   Line No. _____

Change:_____

Reason for change: _____

Page No. _____   Line No. _____

Change:_____

Reason for change: _____


_____        _____
OFFICER MELISSA SAENZ                         Dated

1   STATE OF CALIFORNIA      )
                             ) ss
2   COUNTY OF LOS ANGELES    )

3

4           I, PAMELA J. FELTEN, a Certified Shorthand

5   Reporter, do hereby certify:

6           That prior to being examined, the witness in

7   the foregoing proceedings was by me duly sworn to

8   testify to the truth, the whole truth, and nothing

9   but the truth;

10          That said proceedings were taken before me at

11  the time and place therein set forth and were taken

12  down by me in shorthand and thereafter transcribed

13  into typewriting under my direction and supervision;

14          I further certify that I am neither counsel

15  for, nor related to, any party to said proceedings,

16  nor in anywise interested in the outcome thereof.

17          In witness whereof, I have hereunto subscribed

18  my name.

19

20  Dated:  July 26, 2016

21

22  *Pamela J. Felten*

23  _____
    PAMELA J. FELTEN
24  CSR No. 5189

25

                  Exhibits

EX A Officer Mel
issa Saenz 07181
6   4:8 8:23,24
EX B Officer Mel
issa Saenz 07181
6   4:10 19:1,2

                     -

--let   15:3

                     1

10:16   5:2
12   8:10,13
18   5:2

                     2

2016   5:2 10:8
  11:22
21   10:7 11:22
21st   36:5
29th   36:5
2:45   39:15

                     3

30   18:10 38:20

                     4

40   18:10

                     8

849   12:7,18
8:49   11:23

                     A

a.m.   5:2
academy   10:14,
  20
accurate   8:6

activity   16:21
address   12:11
adjourned   39:12
administered
  5:5 6:19
advise   38:1
advised   14:14
  24:20,21 29:24
  32:17
afternoon   5:10,
  12
agreed   24:23
ahead   35:22
alcohol   8:10
alleged   33:20
altercation
  27:10
altered   39:3
Amber   18:21
  19:7,13,20
  23:17 34:3
  35:13
ambulance   26:17
Angeles   5:1
  9:21 11:9
answers   7:23
  8:7
apartment
  14:16,22 16:4,
  5,12,14,16
  17:12,13,15,
  16,20 19:10
  20:8,14,15
  22:22 23:3,20
  26:6,20 28:7,
  10,14 29:2
  33:9 34:21,22
  35:11
appearance   14:4
approached
  14:12
approximately
  9:5 36:6
area   17:2 25:3,
  6 30:21
arms   20:25
arrange   15:17
arrest   34:5
arrival   12:7
arrived   13:16
  31:19

arriving   12:18
assault   21:21
assaulted   27:4
  28:11,14
assisted   13:6
assume   7:19
  9:10
assumed   17:25
assuming   21:7,
  14 34:13
attempted   13:18
attention   11:22
audible   7:10
aware   35:12
  37:19,20,22
  38:10,12

                     B

back   9:14 14:1,
  13 26:3 31:19
  32:25
based   7:7
basically   39:7
bear   5:15
BECK   5:9
began   16:1
  22:18
begin   7:16
believed   34:4
belonged   29:25
Berk   5:10 8:20,
  23,25 11:14
  12:14 16:6,9
  18:25 19:3
  27:2,22 28:4
  29:5 35:4,6,20
  36:21,23 37:2,
  12 38:13,16,19
  39:12
bit   10:11 15:5
Blair   5:10
body   20:6,20
booklet   7:21
bottles   17:6
  24:12 25:10
  29:13 31:6
breaking   13:21
Broadway   11:23
  12:8,19

broken   17:6
  24:7,9,13
  25:10,12 29:7,
  13,16 31:3,7
brought   9:7
bruises   22:11,
  14
bruising   32:8
building   12:25
  35:1,10,11
  36:5
business   32:24
  33:2 37:16

                     C

California   5:1
call   11:22
  12:4,6 14:14
  19:14 27:25
  28:3 32:25
  38:10
caller   12:11
calls   11:5,8
capacity   10:6,7
  11:3
card   32:24
  33:2,24 37:16,
  17
case   32:24
Central   9:21
certified   6:2
  39:2,4
change   32:24,25
check   24:22,25
  26:4
checked   26:1,20
  30:13 32:17
cheeks   22:15
choice   7:5
choose   38:24
chosen   10:17
city   9:20 10:18
claimed   12:16
clear   20:6 35:8
cleared   31:12,
  15 35:10
close   20:16
clothing   30:8,
  9,10,16

Code  6:21
comment  6:24
committed  21:17
  33:11,14  34:1,
  4
complete  7:8
completed  7:15,
  19  29:23
Compound  12:9
  26:25  29:3
comprehensive
  8:7
concluded  39:15
conclusion  7:20
condition  21:20
conducted  35:10
connected  29:20
contact  12:21
  13:5,23  16:1
  18:20  19:23
  38:11
contend  8:2
continued  26:12
continuing
  30:12
contrary  6:18
control  15:19
conversation
  26:9,22  30:12
  32:16
cooperated
  34:13
cooperative
  27:18,20
copy  8:21  39:2,
  4,8
correct  9:9,12,
  13  13:8  16:3,
  17,18  17:18
  18:12  20:21
  21:8,9,12,13,
  17,18,22,23,25
  22:1,3,4  25:2
  33:12,16,18,
  19,22,23
  34:16,17,19,20
  35:12,14,15,19
  36:15,16  38:23
corrected  38:20
  39:2,4,10

corrections
  38:23  39:8
counsel  38:19
couple  23:15
  35:18
court  6:23  7:9,
  13  9:16  37:3
courtroom  6:12,
  16
courtyard  13:23
covered  35:7
crime  6:20
  21:16  33:11,14
  34:1,4,16,19
crimes  10:21
  11:1
cry  26:12
crying  20:3
  21:25  32:21

D

damage  17:4
  33:21
date  9:5
days  38:21
deal  21:7,10
dealing  36:4
deemed  38:22
defined  6:18
demeanor  27:19
deny  27:9
deponent  37:5
  38:20,25
deposition
  5:20,21  6:1,
  10,12,22  8:21
  39:15
Depp  5:11
  35:14,17
describe  14:3
  15:7  16:1,11
  22:5  23:24
  27:19  30:5
  32:15
design  30:10
destroyed  39:4
details  12:16
  14:5,20  15:11
  23:1

detect  25:19
detection
  10:21,25  11:6
determine  21:21
directly  19:24
discomfort  5:25
discussed  22:17
discussing  36:3
discussion  16:8
  35:5  37:1,9
dispatch  11:23
  12:4,6  33:9
  35:9
dispatched  38:2
dispute  27:6,9
  33:10,21
distress  14:7
division  9:12,
  22  10:18
document  9:4,7
documents  9:11
domestic  10:22
  11:1,6  12:12
  13:21  14:15
  21:6  33:10
door  17:14,21
  18:4,8,15
  23:4,8,9,18
  29:25  30:1
door-knock
  13:19
downstairs
  12:24  28:22
dozens  11:4,5
draw  11:21
Duces  9:11
duly  6:25
duty  12:1

E

earlier  17:14
  21:25  22:18
  35:16  36:14
effect  6:14
  34:8,10
elevator  13:4,
  7,9,13,17,18
  33:6  34:24
employed  9:18,

19,23
encounter  27:23
  31:20
encountered
  17:14  21:24
  31:24  34:11
encountering
  33:18
enforcement
  10:15
entering  16:15
entire  19:13
entry  17:12,15
  30:15
entryway  24:5
equally  25:6
evening  11:24
  36:5
eventually
  18:20
evidence  33:14,
  15
exact  9:5
EXAMINATION  5:8
  36:1  37:11
examined  5:6
Excuse  16:6
  34:9
exhibit  8:23,24
  19:1,2
exit  32:20
exited  13:18
  34:21  35:11
expected  6:4
explain  14:19
extent  20:22
eye  22:12  32:6

F

face  20:20  21:1
  22:2,6,9  31:23
  32:2,3,6,8,11
facial  36:10
fact  6:19
facts  5:21  6:7
fair  11:4  28:5
false  6:20
fax  38:23

feel  7:24 8:15
fellow  16:17
female  15:22
  16:2 17:24,25
  18:19 20:9
  23:18
females  18:15
  20:10
field  10:24,25
fighting  13:21
findings  38:3
fine  14:21
  15:13,15,16
finish  7:17
  38:17
floor  17:9
  24:12 25:17
  31:6,9
folks  21:7,10
force  6:14
forget  37:7
form  7:21,23
formal  5:15
forthcoming
  28:1
found  19:15
frame  38:22
frames  24:9
  25:12 29:17
friend  20:11,13
  23:18 24:24
  26:2
front  24:4
full  7:8 16:20
fully  6:5

### G

gave  12:11
  15:11 33:24
generic  14:6
gentleman  14:2
  16:3,11 17:20
  30:19 33:5
  34:23 36:4
gentleman's
  17:13
girlfriend
  14:22 18:1,5

give  5:19 6:24
  14:8,10,20
  19:14 23:1
  27:17
glass  13:21
  17:6 24:7 25:8
  29:7,16 31:3
glasses  36:8
goatee  36:12
good  5:10 8:3,
  19,20 9:15
grab  15:1
graduate  10:16
guess  6:6,10
  28:3
gym  13:24

### H

Hadden  12:2
  13:10 30:17
  31:12 37:16
hair  36:10,18
hall  16:4 22:20
hallway  14:1,13
  16:17,19,20,
  23,24 17:7
  18:6,18
hand  9:16
happened  13:16
  14:20 15:8
  17:19 21:8,11
  26:10
head  7:11 23:6
  26:14,18 27:11
hear  7:1,6
  17:22,23 35:16
heard  13:22
  15:17 16:20
  17:22,24 18:1,
  3,5,21 19:7,9,
  13,20,23
  20:13,17
  21:15,24 23:17
  24:2 25:21
  26:6 30:1
  31:18,20 33:25
  34:3,13,14
  35:11,13 36:15
  37:16 38:11
Heard's  16:4

hearing  39:1
held  6:10
hit  26:23
honestly  11:12
hope  36:23
hours  8:10,13
house  24:25
human  27:4
hundred  11:17,
  20
hurt  24:23
  26:16
husband  27:13
  34:5

### I

idea  11:8 38:9
iis  21:20
immediately
  7:3,18 18:13,
  15
inadvertently
  7:16
incident  12:12
  13:25 14:15
  15:24 21:6,14
  22:23,25
includes  33:17
independently
  21:15
indicating
  15:15
indication  17:3
  38:6
indicia  21:16
informality
  6:11
information
  5:22
ingested  8:9
initial  9:13
injuries  21:3
  33:17 34:14
injury  22:8
  32:2,4
inside  15:1
  17:16 23:11,
  13,16,20,21
  24:6,25

inspect  25:6
inspected  17:1
  28:21
inspection
  29:7,9,12,15,
  19
instructions
  5:15
interaction
  12:24
interrupted
  7:17
investigating
  21:16
investigation
  10:21,25 11:5
  21:6 34:16,19
  35:10
involved  5:23
  33:20 34:23
  35:13,17 37:23
issued  33:3

### J

jewelry  30:10,
  16
Johnny  5:11
  35:13,17
judge  6:16 8:1
July  5:2

### K

kind  22:6,14
  24:7,10,15,16
  25:10,13,15
  29:10 31:4,10
  32:5,10
kitchen  25:3
knocked  18:3,7,
  9,11
knowledge  5:22

### L

language  20:6
large  25:4
law  6:11 10:15
lawsuit  5:23

learn  19:20
  37:25
learned  19:21
leaving  33:8
left  13:17 18:8
  33:6 35:1,11
length  16:20
level  12:25
  13:16
lighted  16:24
lights  16:23
likewise  21:10
liquids  24:16
  25:17
listen  13:20
  17:2
live  26:13
lived  23:5
lives  14:18
living  25:1
lobby  13:6
located  23:25
location  12:18
  22:19 24:22
  26:1 31:1,13,
  15 33:7 37:21
loft  30:13
lofts  32:18
long  9:23 18:7
looked  20:7
  22:2
Los  5:1 9:21
  11:9
lost  39:3
lot  30:7
lovely  6:11

          M

made  8:1 17:12,
  15 19:23
  38:10,25
maintained
  38:25
make  7:22 12:21
  13:23 18:20
  24:22 39:9
making  16:1
  30:11,16

male  14:2,3,4,6
  24:24 29:24
  30:8 36:3
man  13:5
manner  24:13
Mark  8:22
marked  8:21,24
  18:25 19:2
marks  22:5,11,
  14 32:5
material  6:19
matter  35:13,17
matters  5:22
means  39:7
meant  19:19
medication  8:13
MELISSA  5:4
memory  8:3
met  14:1
mind  8:16
  26:19,20
  32:24,25
minutes  23:15
Misstates  11:11
moment  35:8
Monday  5:2
months  10:5,16
mutilated  39:3

          N

nature  15:24
needed  15:16
neglect  37:13
neighbors  33:3
night  12:1
nod  7:10
nodded  23:5
notice  38:23
  39:1
notified  38:21
number  11:13
  12:13 37:17

          O

oath  5:5 6:3,5,
  13,18

object  26:23
objection  27:24
observe  17:2
  20:19 24:18
  31:23
obtain  5:21
obvious  13:25
occur  29:22
occurred  22:24,
  25 30:24
offer  37:2
officer  5:4,10
  8:5,9 9:17,20,
  21 10:7,12,13,
  19 11:3,10,21
  12:2 13:10,15
  16:10,17 19:9
  20:10,16 30:17
  31:12,15 35:7
  36:23 37:13,16
officers  10:4
  38:7
offices  6:11
onset  6:2
open  17:14 18:4
  20:10 23:8
opened  17:21
  18:15
Opening  26:10
opportunity
  7:3,22 16:16
  20:16,19 23:21
  24:18 25:5
  26:5 31:23
ordinary  30:14
original  31:18,
  19 37:4,5,6
  38:19,22,24
  39:3,5,6
outdoor  13:22

          P

p.m.  39:15
painful  36:24
part  21:5,19
parted  34:24
partner  12:2,20
  15:2 19:25
  23:13 30:2
  31:17 33:2,6

parts  24:19
patrol  37:20,25
  38:2
Penal  6:21
penalties  6:15,
  16,20
penalty  6:17
  37:6
penthouse
  12:12,13,21,23
  13:2,16,19
  23:11,14,22,25
  24:6,19 25:2
  26:5 28:22
  29:2,24,25
  30:4,6 31:18,
  20 34:11
penthouses
  29:20 32:18
people  30:17
perception
  15:18
Perfect  5:18
period  10:16
  35:12
perjury  6:17,
  20,21 37:6
person  6:1 7:14
  12:10 19:4,6
  21:20 26:24
  33:17
physical  14:4
  21:20 27:9
  33:14 34:14
physically
  20:17
picture  24:9
  25:12 29:17
pictures  29:16
place  30:15
  39:5
plenty  21:7
point  19:7
  22:17 25:21
  26:19 28:18
  32:1 33:24
  34:19 35:8
pointed  24:24
police  9:20
  10:12,13 11:10
  38:11

possibly   21:11
potential   21:6,
   21
premises   29:7,
   9,13,16
present   6:7,9
presume   6:8 7:6
prior   12:7 13:4
   16:15 28:6,9,
   13
private   20:9,10
probable   33:11,
   25
probationary
   10:16
proceed   34:15,
   18
proceeding
   5:19,23
promptly   7:5
property   17:4
   31:1 33:21
provide   8:6
purpose   5:21
purposes   39:6
put   11:13

**Q**

question   6:24
   7:2,4,7,24
   19:12 26:11
   28:12 37:14
questioned   6:8
   8:1
questions   5:12
   6:4 7:15 8:16
   28:2 33:5
   35:3,20,23
   36:20

**R**

racks   30:7
re-responded
   14:1 16:3 18:6
   31:17
read   5:14 7:22
   38:20
reason   8:5
   21:19

recall   11:24
   12:4,6 14:5,9
   16:13 18:18
   20:23,24,25
   36:6,7,8,10,
   11,13,17
receipt   38:21
receive   10:20,
   25 13:19
received   35:9
receptionist
   13:1
recognize   9:1
   19:4,15
recollection
   6:7,9 8:3
record   7:14
   16:6,8 19:12
   35:5 36:25
   37:1,7,9 38:14
red   32:5
reference   27:6
refused   24:20
   27:15 28:1
related   5:22
   11:5,8 13:25
relating   12:7
relieved   37:3
remember   7:9,13
   9:3 30:8,12
repeat   7:3
   28:12
rephrase   7:4
reporter   6:2,23
   7:9,13,20 8:22
   9:16 37:3
   38:17
represent   5:11
request   6:6
residence   29:20
respect   37:4
respond   7:16
   33:1
responded   11:4,
   23 12:20 13:22
   37:20 38:7,9
responding
   37:25
response   27:11
   33:9

responses   7:10
responsibility
   37:3
rest   26:4
room   12:12 25:2
   32:20
rooms   28:24

**S**

Saenz   5:4 8:5,9
   9:17 10:19
   11:21 13:15
   16:10 19:9
   20:16 31:16
   35:8 37:13
sat   26:2
scanned   13:2
seconds   18:10
seek   5:23
sell   30:9
send   39:7
separate   9:10
services   15:15
session   7:20
   39:12
set   6:21
shake   7:11
shattered   25:8
she'   14:17
shook   26:14,18
   27:11
shorthand   6:2
shouting   13:21
show   8:20 34:22
Showing   18:25
shut   17:22 18:8
signed   37:5
   38:20,23
signs   13:20
   21:16 22:8
   29:1 30:22,25
   32:1,4 33:21
Sir   18:4
sit   15:21,24
six-month   10:14
slow   15:5
sofa   23:24 24:4
   25:22,25 26:2

solemnity   6:12
sort   27:9
sounded   17:25
sounds   16:21
   17:2
South   11:23
   12:7,18
space   25:4
speak   14:23
   15:21 19:10
   20:7 24:21
   25:22 26:5
   28:2 32:19
speaking   7:14
   19:24 22:18
   25:25
specific   12:15
specifically
   28:10
SPECTOR   8:19
   11:11 12:9
   26:25 27:20,24
   29:3 35:3,23
   36:2,20,22
   38:15,18 39:14
spilled   24:15,
   16 25:15 29:10
   31:9
splashed   17:9
spoke   24:2
   36:14
standing   24:4
   29:24 31:18
start   9:17
Starting   16:10
stated   12:11
   14:15 15:13
   22:25
stating   6:19
   12:7
stipulated
   39:14
stipulation
   37:2
stop   15:3
struck   26:23
struggle   29:1
   30:22
subject   6:14,17
subjects   10:15

subpoena  8:21
  9:11
substance  7:23
sufficient  8:15
suggested  23:2
supervisor  10:3
  38:1
surroundings
  17:3
suspect  12:22
suspected  10:22
  33:10
suspects  24:23
suspended  39:13
sweep  26:4
  28:7,10,13,19
  29:23 30:2
swelling  22:8
  32:10

**T**

taking  5:21
  28:13
talk  15:17
  18:23 20:9
  21:4 23:6
  27:12 32:13
  34:25
talking  17:22
tall  36:6
Tecum  9:11
telephone  37:17
telling  21:15
terms  5:15
testified  5:6
  21:25 36:14
testify  6:9
  22:18
testifying  6:15
testimony  5:20
  6:13 11:11
time  7:1,15,25
  8:2,4,10 17:1
  25:24 26:22
  27:7 29:1,6,9,
  12,15 30:19,22
  31:23 32:13,25
  34:3,7 35:12,
  21 37:19,20
  38:22 39:1

today  5:20 6:9,
  14 8:3,7,16
  9:8
told  28:6
train-  10:4
trained  10:14
trainee  12:2
training  9:21
  10:4,6,11,12,
  19,20,24,25
  21:5
transcribe
  7:10,21
transcribed
  6:23,25 37:5
transcribing
  6:1
transcript  37:4
  38:24 39:8
trap  5:24
travel  13:9
trial  7:25 8:2
trick  5:24
true  6:19 31:22
  33:9
truthfully  6:5

**U**

uh-huh  7:11
uh-uh  7:11
unable  8:6
unbroken  31:7
uncooperative
  27:19,21 28:1,
  3
under-  28:7
understand  5:17
  7:2,6 11:22
understanding
  7:8 19:22
undertake  29:19
undertaking
  28:7,9
undertook  28:18
unit  38:2,8
unknown  23:18
unlocked  30:1
upset  20:7

upstairs  28:21
  30:13

**V**

Vague  27:20
vandalism  17:3
  29:2 30:25
  33:22
verbal  27:6,8,
  10
victim  12:21
victims  27:9
violence  10:22
  11:1,6 13:21
  14:15 21:6
vital  7:1
voices  17:22,25
  18:3

**W**

wait  14:25
  17:21 18:14
  35:4
waited  15:2
waiting  18:8
walk  16:16,19
walked  30:1,21
  33:6 34:23
walking  14:12
  16:19
walls  17:10
wanted  15:18
ways  34:24
wearing  36:8
weeks  9:6 19:16
  35:18 37:22
well-lit  16:25
whatsoever  34:1
white  14:2,3,4,
  6 30:7 36:3
willfully  6:18
wine  17:9
  24:12,15 25:15
  29:10 31:6,9
woman  13:5,24
wooden  29:17
words  7:14
  34:7,10

work  11:9
working  10:7
worries  9:15
write  32:23
  33:2
writing  38:21

**Y**

year  10:17
years  9:24
  10:2,3 11:9
young  9:25