# EXHIBIT 20

777954337592

## Delivered
### Monday 3/09/2020 at 7:25 am

**DELIVERED**
Signed for by: C.STEVENS



**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Alexander Rufus-Isaacs | Southwest Community Police Station |
| Alexander Rufus-Isaacs | Officer Tyler Hadden |
| 232 N. Canon Drive | 1546 West Martin Luther King Jr. Bl |
| Beverly Hills, CA US 90210 | LOS ANGELES, CA US 90062 |
| 310 274-3803 | 213 485-2582 |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 777954337592 | FedEx First Overnight | 0.5 lbs / 0.23 kgs |

| SIGNATURE SERVICES | DELIVERY ATTEMPTS | DELIVERED TO |
|---|---|---|
| Adult signature required | 1 | Receptionist/Front Desk |

| TOTAL PIECES | TOTAL SHIPMENT WEIGHT | TERMS |
|---|---|---|
| 1 | 0.5 lbs / 0.23 kgs | Shipper |

| SHIPPER REFERENCE | PACKAGING | SPECIAL HANDLING SECTION |
|---|---|---|
| NGN 8544.5 | FedEx Envelope | Deliver Weekday, Adult Signature Required |

| STANDARD TRANSIT | SHIP DATE | ACTUAL DELIVERY |
|---|---|---|
| 3/09/2020 by 8:00 am | Fri 3/06/2020 | Mon 3/09/2020 7:25 am |

## Travel History

Local Scan Time

**Monday , 3/09/2020**

| Time | Location | Status |
|---|---|---|
| 7:25 am | LOS ANGELES, CA | Delivered |
| 6:57 am | HAWTHORNE, CA | On FedEx vehicle for delivery |
| 6:45 am | HAWTHORNE, CA | At local FedEx facility |

**Saturday , 3/07/2020**

| Time | Location | Status |
|---|---|---|
| 8:49 am | HAWTHORNE, CA | At local FedEx facility |
| 8:45 am | HAWTHORNE, CA | At local FedEx facility / Package not due for delivery |
| 8:15 am | HAWTHORNE, CA | At local FedEx facility |
| 7:35 am | HAWTHORNE, CA | At local FedEx facility |

**Friday , 3/06/2020**

| Time | Location | Status |
|---|---|---|
| 8:17 pm | LOS ANGELES, CA | At destination sort facility |
| 7:37 pm | NORTH HILLS, CA | Left FedEx origin facility |
| 3:06 pm | NORTH HILLS, CA | Picked up |
| 12:27 pm | | Shipment information sent to FedEx |