RUFUS-ISAACS ACLAND &
GRANTHAM LLP
232 N. CANON DRIVE
BEVERLY HILLS, CALIFORNIA 90210
Tel (310) 274-3803 • Fax (310) 860-2430

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEWS GROUP NEWSPAPERS LIMITED, a company incorporated under the laws of England and Wales, and DAN WOOTTON, an individual<br><br>Petitioners,<br><br>v.<br><br>LAURA DIVENERE, an individual, MELISSA SAENZ, an individual, and TYLER HADDEN, an individual,<br><br>Respondents. | CASE No. 2:20-mc-00027-ODW (Ex)<br><br>**ORDER COMPELLING LAURA DIVENERE, MELISSA SAENZ AND TYLER HADDEN TO PROVIDE TESTIMONY IN FOREIGN PROCEEDING UNDER U.S.C. 1782** |

The Court, having considered Petitioners' Application and supporting briefs and exhibits, finds that good cause exists to grant the Application of Petitioners News Group Newspapers Limited and Dan Wootton compelling Respondents Laura Divenere, Melissa Saenz and Tyler Hadden to provide testimony under U.S.C. 1782 in the foreign proceeding entitled, *John Christopher Depp II vs. News Group Newspapers Ltd., and Dan Wootton*, that is currently pending in the Media and Communications List of the Queen's Bench Division of the High Court of England and Wales in London (the "High Court"), Claim No. QB-2018-006323 (the "English Action").

Accordingly, IT IS HEREBY ORDERED that:

1. On March 27, 2020, Respondent Laura Divenere shall appear at the Beverly Hills Bar Association located at 9420 Wilshire Blvd., 2nd Floor, Beverly Hills, CA 90212, to testify via live satellite video link directly into the courtroom in London where the trial of the English Action will be held, commencing at 7:00 am PST;

2. On March 27, 2020, Respondent Melissa Saenz shall appear at the Beverly Hills Bar Association located at 9420 Wilshire Blvd., 2nd Floor, Beverly Hills, CA 90212, to testify via live satellite video link directly into the courtroom in London where the trial of the English Action will be held, commencing at 7:00 am PST;

3. On March 27, 2020, Respondent Tyler Hadden shall appear at the Beverly Hills Bar Association located at 9420 Wilshire Blvd., 2nd Floor, Beverly Hills, CA 90212, to testify via live satellite video link directly into the courtroom in London where the trial of the English Action will be held, commencing at 7:00 am PST;

4. If any Respondent's testimony cannot be completed on the first day, it shall resume the next day and time during the trial which is set by the High Court;

5. Each Respondent's testimony shall be subject to English legal practice and procedure;

6. Each Respondent's testimony shall not exceed a total of seven hours;

7. Petitioners may serve this Order on Ms. Divenere by serving her counsel, Lee A. Sherman of Callahan Thompson Sherman & Caudill, LLP, of Irvine, California, by email and/or by Federal Express, and by serving the Order on Ms. Divenere by email at the email address provided by Mr. Depp's lawyers;

8. Petitioners may change the date, time or location for any Respondent's

8544.5.3.12

2

[PROPOSED] ORDER COMPELLING LAURA DIVENERE, MELISSA SAENZ AND TYLER HADDEN TO PROVIDE TESTIMONY IN FOREIGN PROCEEDING UNDER U.S.C. 1782

1 testimony, but only if they notify him/her and/or his/her counsel (if
2 known) at least 48 hours in advance, and the location is in Los Angeles
3 County; and

4   9. If any of Respondents would lose out on professional work due to being
5 otherwise engaged giving evidence, Petitioners agree to reimburse him/her
6 for their time spent giving evidence at their usual professional rate (subject
7 to being provided with satisfactory proof of such loss and the amount
8 thereof).

9 IT IS SO ORDERED.

DATED: March 18, 2020

_____
Hon. Otis D. Wright, II
UNITED STATES DISTRICT JUDGE

8544.5.3.12

3
[PROPOSED] ORDER COMPELLING LAURA DIVENERE, MELISSA SAENZ AND TYLER HADDEN TO PROVIDE TESTIMONY IN FOREIGN PROCEEDING UNDER U.S.C. 1782